NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLERISY CORPORATION AND REED TRANSITION TECHNOLOGIES LLC,**
*Plaintiffs-Appellees,*

**v.**

**AIRWARE HOLDINGS INCORPORATED (doing business as Airware Labs) AND CROWN DYNAMICS CORPORATION,**
*Defendants-Appellants.*

---

2014-1211

---

Appeal from the United States District Court for the District of Arizona in No. 2:12-cv-02110-PGR, Senior Judge Paul G. Rosenblatt.

---

**JUDGMENT**

---

DEVAN V. PADMANABHAN, Winthrop & Weinstine, P.A., of Minneapolis, Minnesota, argued for defendants-appellants. With him on the brief were PAUL J. ROBBENNOLT and MICHELLE E. DAWSON.

JEREMY P. OCZEK, Bond Schoeneck & King PLLC, of Buffalo, New York, argued for plaintiffs-appellees. With

him on the brief were FREDERICK J.M. PRICE and KATE I. REID, of Syracuse, New York.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, MAYER, and LINN, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  September 16, 2014  | /s/Daniel   E.   O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |